**COMMISSIONER OF INTERNAL REVENUE v. Henry W. CORNING.**

No. 8397.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Ralph F. Staubly, J. Louis Monarch, and S. Dee Hanson, all of Washington, D. C., for petitioner and cross-respondent Commissioner.

T. G. Thompson, of Cleveland, Ohio, for respondent and cross-petitioner Corning.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

It is ordered that the decision of the United States Board of Tax Appeals be and the same is hereby reversed, pursuant to agreed motion of counsel.